DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SUNSHINE WINE & SPIRIT, INC.,**
Appellant,

v.

**STATE OF FLORIDA DEPARTMENT OF TRANSPORTATION,**
Appellee.

No. 4D20-181

[June 17, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John B. Bowman, Judge; L.T. Case No. 12-10279 CACE (02).

Jeff P. Cynamon of the Law Offices of Jeff P. Cynamon, P.A., North Bay Village; and Andrew Paul Kawel of Kawel PLLC, Coral Gables, for appellant.

Marc Peoples, Assistant General Counsel, Department of Transportation, Tallahassee, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***